

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00272-CR

Raymond Paul **SCHMIDT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6225
Honorable Andrew Carruthers, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we AFFIRM the judgment of the trial court.

SIGNED March 4, 2015.

_____
Jason Pulliam, Justice